JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.I. DU PONT DE NEMOURS
AND COMPANY,

                    Plaintiff,

        v.

PUREFLEX, INC.

                    Defendant.

07 CV 10388

:
:
:
:    CIVIL ACTION NO.:
:
:    NOV 16 2007
:    U.S.D.C. S.D.N.Y.
:    CASHIERS
:    RULE 7.1 STATEMENT
:

---

## RULE 7.1 STATEMENT

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>E.I. du Pont de Nemours and Company</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said which are publicly held.

        Plaintiff, E.I. du Pont de Nemours and Company ("DuPont") is a publicly owned corporation.

        However, plaintiff DuPont has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

Date: <u>November 16, 2007</u>    Signature of Attorney *Julia K. Smith*

                Attorney Bar Code:  JS6115