## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.I. Du Pont De Nemours and Company<br><br>Plaintiff,<br><br>v.<br><br>PureFlex, Inc.<br><br>Defendant. | CASE NO. 1:07-cv-10388-JSR<br><br>Honorable Jed S. Rakoff<br><br>Magistrate Judge Kevin N. Fox |

### F.R.CIV.P. 7.1 DISCLOSURE STATEMENT OF DEFENDANT

Defendant PureFlex, Inc. states that it is a privately held corporation, and further states that it has no corporate parent, and further states that there is no publically held corporation that holds more than 10 percent of its shares.

Dated: December 4, 2007

Ronald V. Andronico
President, PureFlex, Inc.