UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
E.I. DU PONT DE NEMOURS AND
COMPANY,

                    Plaintiff,                  07 CIVIL 10388 ( JSR )

    -against-

PUREFLEX, INC.,

                    Defendant.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Samuel Dickerson Martin Downing__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       __SD4120__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* Crowell & Moring, LLP, 153 E. 53rd St., New York, NY 10022

☒ *Telephone Number:* (212) 895-4212

☒ *Fax Number:* (212) 223-4134

☒ *E-Mail Address:* ddowning@crowell.com

Dated: 12/6/07